# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**553**

**KA 13-01649**

PRESENT: SMITH, J.P., CARNI, DEJOSEPH, CURRAN, AND TROUTMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

                         V                                    ORDER

DANIEL SEITZ, DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (EVAN HANNAY OF COUNSEL), FOR DEFENDANT-APPELLANT.

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (JAMES P. MAXWELL OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------------

      Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered May 24, 2013. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

      It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered:  June 10, 2016                          Frances E. Cafarell
                                                 Clerk of the Court